UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN FISCHER, SR., <br><br> Plaintiff, <br><br> vs. <br><br> RICHLAND CHILDREN'S ADMINISTRATION, <br><br> Defendant. | NO. CV-09-5090-LRS <br><br> ORDER OF DISMISSAL |

On December 23, 2009, the Court screened plaintiff's Complaint for legal and factual sufficiency and determined it failed to comply with Federal Rule of Civil Procedure 8(a). Ct. Rec. 8. In the December 23, 2009 "Order to Amend Complaint," the Court directed plaintiff to file an amended complaint in compliance with the Federal Rules Of Civil Procedure 8(a) by January 27, 2010. Plaintiff filed a timely "First Amended Complaint" on January 25, 2010 (Ct. Rec. 9). Thereafter, the Court screened the Amended Complaint for legal and factual sufficiency as it had done with the original Complaint. Once again, plaintiff has failed to comply with Rule 8(a). The Amended Complaint does not state grounds upon which the Court's federal subject matter jurisdiction is based. Because plaintiff has failed to file an amended complaint in compliance with Rule 8(a), the Court

ORDER OF DISMISSAL - 1

hereby dismisses plaintiff's action without prejudice.

**IT IS HEREBY ORDERED**: Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment consistent with this order, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this ___1st___ day of March, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2